**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ORIN TURNER**, Petitioner, | ) | |
| v. | ) | C.A. No. 11-1170-GMS |
| **PERRY PHELPS**, Warden, and **JOSEPH R. BIDEN III**, Attorney General for the State of Delaware, Respondents. | ) | |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

a. Trial Transcript (October 16, 2007)

b. Appellant's Opening Brief & Appendix (No. 25, 2008)

c. State's Answering Brief & Appendix (No. 25, 2008)

d. Order (September 10, 2008) (No. 25, 2008)

e. Appellant's Opening Brief & Appendix (No. 16,2011)

f. State's Answering Brief & Appendix (No. 16, 2011)

g. Order (December 8, 2011) (No. 16, 2011)

2. Notice is also hereby given that a copy of the Delaware Superior Court Criminal Docket in case ID No. 0609012387A, has also been manually filed with the Court and is available in paper form only.

/s/James T. Wakley
James T. Wakley, ID No. 4612
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8500

June 12, 2012

## CERTIFICATION OF SERVICE

I hereby certify that on June 12, 2012, I electronically filed the attached document with the Clerk of Court using CM/ECF. I also hereby certify that on June 12, 2012, I will mail by United States Postal Service, the same document to the petitioner at:

Orin Turner
SBI No. 00183819
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ James T. Wakley
James T. Wakley, ID # 4612
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8500

Dated: June 12, 2012